# Court of Appeals
# of the State of Georgia

ATLANTA, September 19, 2014

*The Court of Appeals hereby passes the following order:*

**A15A0147. DAVID STONE v. SANDRA WEBB.**
**A15A0148. IN THE INTEREST OF A. E. W., A CHILD (FATHER).**

Sandra Webb, the maternal grandmother of minor A. E. W.[1] filed a complaint for custody and support of her grandchild. David and Anna Stone, the parents of the child, were divorced in January 2014. The trial court issued an order and parenting plan in the divorce action granting the maternal grandmother joint legal custody of the minor. David Stone filed an application for discretionary appeal of the court's order in the divorce action in the Supreme Court, and it has been docketed as S14D0766. The Supreme Court granted the application to address the following issue: "Did the lower court err when it granted joint legal and/or joint physical custody to a parent and a non-parent/grandparent?"

In the above-referenced cases filed in this Court, David Stone seeks to directly appeal a parenting plan and custody orders granting joint legal custody of A. E. W. to the maternal grandmother, and the issues in these cases are inextricably intertwined with those presently pending in the Supreme Court. Therefore, in the interest of judicial economy and to avoid inconsistent decisions, these direct appeals are hereby TRANSFERRED to the Supreme Court.

---

[1] Some of the documents refer to the minor as A. E. W. and others as A. E. S., purportedly using the last name Webb or Stone.



*Court of Appeals of the State of Georgia*

    *Clerk's Office, Atlanta,*  <u>09/19/2014</u>

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*